UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LYNN FLUKER, JR. and RICKY JONES, JR., | Case No. 24-13322 |
| | F. Kay Behm<br>United States District Judge |
| Plaintiffs,<br>v. | |
| STEVEN DETTELBACH, | |
| Defendant.<br>_____ / | |

## ORDER REGARDING MOTION TO DISMISS (ECF No. 22)

Plaintiff Antonio Fluker, Jr. ("Fluker"), a prisoner-plaintiff, filed a complaint in this district on October 17, 2024 against Steven Dettelbach, in his official capacity as the (former) director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF). ECF No. 1. On February 5, 2025, Fluker amended his complaint to join his spouse, Ricky Jones, Jr. ("Jones"). On August 15, Defendant filed a motion to dismiss (ECF No. 22).

Plaintiffs filed no timely response, but Fluker filed a notice on September 19, 2025, that his address on the docket was incomplete and alleging that he has not received any documents (such as the motion to

1

dismiss) because his address does not include his register number. ECF No. 23. It is Fluker's responsibility to update the court with his correct address. *See* ECF No. 4. Nonetheless, the court too has experienced some issues serving Mr. Fluker via USPS mail in this case. *See* ECF Nos. 5, 10. The certificate of service attached to the motion to dismiss does not appear to reference Mr. Fluker's register number, which the court understands to be necessary to successfully deliver mail to him. *See* ECF No. 10 (notice of return to sender for lack of register number); ECF No. 22, PageID.102 (certificate of service not indicating register number included).

Under Fed. R. Civ. P. 6(b), a court may extend the time to respond to a motion to dismiss if a motion is brought after the time has expired and shows that the party failed to act within the required period based on excusable neglect. The court construes Mr. Fluker's notice of his register number as a request for additional time to respond to the motion to dismiss, which by implication he alleges that he has not received. The court finds that lack of actual notice based on this particular issue constitutes excusable neglect for the failure to timely respond, and extends the period that both Plaintiffs have to respond to the motion to dismiss.

It is therefore **ORDERED** that Defendant re-serve the motion to dismiss on Antonio Lynn Fluker, Jr., using the address provided in ECF No. 23, within ten days of entry of this order.  Defendant shall file the certificate of service of the motion to dismiss on the docket.  Plaintiffs, including Mr. Jones, shall have an additional 21 days after that motion is re-served to file their response.

      **SO ORDERED**.

Date: September 23, 2025        s/F. Kay Behm
                                                  F. Kay Behm
                                                  United States District Judge