UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ANTONIO LYNN FLUKER, JR. and RICKY JONES, JR., | Case No. 24-13322 |
| Plaintiffs, | F. Kay Behm<br>United States District Judge |
| v. | |
| DANIEL DRISCOLL, ACTING DIRECTOR OF BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, | |
| Defendant.<br>_____/ | |

## **JUDGMENT**

In accordance with the Order filed on this same day, Plaintiff Fluker's claims are **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction, while Plaintiff Jones' claims are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted.

This is a final order and closes the case.

**SO ORDERED**.

Date: January 22, 2026             s/F. Kay Behm
                                   F. Kay Behm
                                   United States District Judge

1